No. 4544.—E. SOLÉ & Co., S. en C., aplda., *v.* SUCN. GAY
ET AL., apltes.—C. D. San Juan. Abril 19, 1928. Apare-
ciendo que tratándose como se trata de un caso iniciado en
una corte municipal este tribunal carece de jurisdicción por
cuanto el escrito de apelación se radicó después de transcu-
rridos 15 días de haberle sido notificada la sentencia a la

parte demandada, o sea, fuera del tiempo señalado por el Código de Enjuiciamiento Civil, por tanto, se declara con lugar la moción y se desestima el recurso.